## Dible *v*. Davis, Appellant (No. 2).

OPINION BY HEAD, J., October 14, 1912:

For the reasons given in the appeal between the same parties at No. 177, April Term, 1912, in which an opinion has this day been filed, ante, p. 18, the judgment is affirmed.